# Exhibit 3



Joel B. Rothman
Board Certified in Intellectual Property Law
Direct: 561.404.4335
joel.rothman@sriplaw.com

July 3, 2019

**VIA FEDEX and EMAIL: investors@fundamentalglobal.com**
Mr. Lewis Johnson
Mr. Kyle Cerminara
Mr. Joe Moglia
Fundamental Global Investors, LLC
9130 Galleria Court
Third Floor
Naples, FL 34109

Re:   Fotohaus, LLC v. Fundamental Global Investors, LLC
      Our File No.:  00256-0026

Dear Mr. Johnson, Mr. Cerminara and Mr. Moglia,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a) The name of the insurer.
(b) The name of each insured.
(c) The limits of the liability coverage.
(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
(e) A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/amd



**Joel B. Rothman**
Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

July 3, 2019

**VIA FEDEX and EMAIL: investors@fundamentalglobal.com**
Mr. Lewis Johnson
Mr. Kyle Cerminara
Mr. Joe Moglia
Fundamental Global Investors, LLC
9130 Galleria Court
Third Floor
Naples, FL 34109

Re:   **Fotohaus, LLC v. Fundamental Global Investors, LLC**
      **Our File No.:  00256-0026**

Dear Mr. Johnson, Mr. Cerminara and Mr. Moglia,

We write on behalf of our client Fotohaus, LLC, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Fotohaus, LLC ("Fotohaus")*
Daniel Foster is the principal photographer and owner of Fotohaus. Foster has a history of taking highly unique abstract architecture photographs that focus on lines and geometry. His works have been featured 18 times in the highly coveted "Explore" section of Flickr. More than 44,000 fans follow his work on Instagram. Foster is a member of the Royal Photographic Society and Professional Photographers of America. His work has been published online and offline through a variety of publications, including National Geographic, der Freitag, the World Wildlife Fund, and Smithsonian. Foster licenses his work commercially on a selective basis and is currently working to establish himself as a fine art photographer. His prints are available for purchase through Saatchi Art.

Fotohaus retains all copyrights to its photographs.  Fotohaus licenses its copyrighted Works, such as the one in this case, for commercial use.

1801 Century Park East     21301 Powerline Road     125 Maiden Lane     Main: 561.404.4350
Suite 1100                 Suite 100                Suite 5C           Fax: 561.404.4353
Los Angeles, CA 90067      Boca Raton, FL 33433     New York, NY 10038  www.sriplaw.com

Mr. Lewis Johnson & Mr. Kyle Cerminara & Mr. Joe Moglia
Fundamental Global Investors, LLC
July 3, 2019
Page 2

In 2010, Fotohaus created an image entitled "Light Collector", hereinafter referred to as the "Work."

The Work at issue is shown below.



Fotohaus registered the Work with the Register of Copyrights on July 17, 2012 and was assigned the registration number VA 1-832-736, a copy of which is enclosed.

*Infringement by Fundamental Global Investors, LLC ("FGI")*
The infringement at issue was identified on April 23, 2019.  We have enclosed contemporaneous evidence of the infringement by FGI.  In addition to the infringement, Fotohaus' photograph was very obviously cropped as shown on the attached.

You have employed our client's Work in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease

Mr. Lewis Johnson & Mr. Kyle Cerminara & Mr. Joe Moglia
Fundamental Global Investors, LLC
July 3, 2019
Page 3

and desist all unauthorized uses of our client's Work. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Fotohaus when a work is infringed or altered. Section 504 permits Fotohaus to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Fotohaus can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Fotohaus' photographs are of the highest quality. Fotohaus' photographs are also scarce since it is one of the only sources of such quality photographs.

Fotohaus' damages are not limited to what it would have agreed to license the Work for prior to the infringement. Rather, Fotohaus' actual damages will be measured by the fair market value of the photograph considering FGI's use to sell and promote its business. Fotohaus' actual damages must be measured in light of FGI's use of Fotohaus' high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc*., 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Fotohaus can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Fotohaus to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Fotohaus will also be entitled to FGI's profits from the infringement, based upon the revenue FGI earned in connection with the use of Fotohaus' Work.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Lewis Johnson & Mr. Kyle Cerminara & Mr. Joe Moglia
Fundamental Global Investors, LLC
July 3, 2019
Page 4

Alternatively, Fotohaus could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement. There is also the possibility that a judge or jury could determine that FGI's infringement was willful. If FGI's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's Work, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3. the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by July 17, 2019, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/amd
Enclosures

1801 Century Park East, Suite 1100, Los Angeles, CA 90067
21301 Powerline Road, Suite 100, Boca Raton, FL 33433
125 Maiden Lane, Suite 5C, New York, NY 10038
Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-832-736

Effective date of registration:

July 17, 2012

---

## Title

**Title of Work:** Daniel Foster's Photographs, 2010

**Contents Titles:** Abandoned Building
Africa World Expo
Airport Train
Ampitheatre
Bird's Nest Seating
Bird's Nest Stadium
Boat in Water
Caddo Bridge Blue Sky
Caddo Lake Fishing
Caddo Lake Louisiana
Chelsea High Up
Chinese Factory
Chinese Factory BW
Chinese Military Training
Chinese Military Training BW
Chinese Stream
Chinese Temple BW
Chinese Worker
Costa Maya Nightfall
Crashing Waves
Cruise Ship at Port
Cruise Ship Departure1
Cruise Ship Departure1 BW
Cruise Ship Turning
Cruise Ship Yucatan

Page 1 of 4

Expo Architecture

Flower Box

Forbidden Palace Bridge BW

Forbidden Palace Bridge Color

Forbidden Palace Cauldren

Forbidden Palace Walkways

Girl in Theater

Great Wall BW

Great Wall Close Up BW

Great Wall Close Up Color

Just Another Tropical Day

Light Collector

Light Collector Portrait

Mexican Navy Boat Back

Mexican Navy Boat Side

Mississippi River

Mississippi River New Orleans

New Orleans CBD Landscape

New Orleans CBD Portrait

Old Bridge

Old Tree BW

Old Xian Wall

Old Xian Wall BW

On The Stairs

Osaka by Night

Panda Bear

Pensive Girl

Performance Finale

Pier Mexico BW

Poland Pavilion

Pudong Complete Black

Rail Tracks

Retro Windows

Road Ahead

Roatan Beach

Roatan Boats

Roatan Chairlift Landscape

Roatan Chairlift Portrait

Roatan River

Roatan Sunset with Glare
Roatan Sunset Yellow
Rocky Shore
Shanghai at Night
Shanghai Biker
Shanghai Building
Shanghai Night BW
Shanghai Square Night
Shanghai Streets
Silk Factory Machinery
Silk Factory Machines BW
Sprawled Out
Standing Guard
Temple of Heaven BW
Temple of Heaven Color
Temple Rocks BW
Temple Scene BW
Terra Cotta Warrior Close Up
Terra Cotta Warrior Group
Terra Cotta Warriors from Behind
Terra Cotta Warriors Front
Terra Cotta Warriors Side
Terra Cotta Warriors Upright Front
Texting on Duty
Tonji University
Tropical Day
Turkmenistan Pavilion
Under Bridge
Underpass China
West Bank
Woman With Bike BW
World Expo
World Expo Scene
Xian Buddha
Xian Dancers
Xian Hotel
Xian Performance
Xian Roses

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: December 31, 2010     Nation of 1st Publication: United States

## Author

Author: Daniel R Foster
Author Created: photograph(s)

Work made for hire: No
Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Daniel R Foster
9004 Pink Pearl Court, Shreveport, LA, 71115, United States

## Rights and Permissions

Name: Daniel Foster
Email: dfoste7@tigers.lsu.edu

## Certification

Name: John H. Norris
Date: July 17, 2012

---

Correspondence: Yes

# CONTACT

Use the form below to tell us about your inquiry, and we'll call you back to schedule an appointment. Please be as detailed as possible. To help us best serve your inquiry, we recommend that you first describe want you want to achieve. You may also email or call us to make an appointment.









Joel B. Rothman
Board Certified in Intellectual Property Law
Direct: 561.404.4335
joel.rothman@sriplaw.com

July 19, 2019

**VIA EMAIL: investors@fundamentalglobal.com**
Mr. Lewis Johnson
Mr. Kyle Cerminara
Mr. Joe Moglia
Fundamental Global Investors, LLC
9130 Galleria Court
Third Floor
Naples, FL 34109

Re:   Fotohaus, LLC v. Fundamental Global Investors, LLC
      Our File No.:  00256-0026

Dear Mr. Johnson, Mr. Cerminara and Mr. Moglia,

We write this follow up letter on behalf of our client Fotohaus, LLC, for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated July 3, 2019, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has been removed.  However, this does not dispose of our client's claim.  It is imperative that you respond to us.  If we do not hear back from you, we will be forced to take further steps to protect our client's rights including by filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.  We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/ld

1801 Century Park East   21301 Powerline Road   125 Maiden Lane   Main: 561.404.4350
Suite 1100               Suite 100              Suite 5C          Fax: 561.404.4353
Los Angeles, CA 90067    Boca Raton, FL 33433   New York, NY 10038   www.sriplaw.com